```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09494
   KITA L HARRIS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-5227


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/04/06 and confirmed on 09/28/06.

   2.  The case was converted to Chapter 7 after confirmation, 08/04/2008.

   3.  The Debtor paid a total of $    5700.00 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
----------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED VEHIC       3800.00          484.12         1770.11
PORTFOLIO RECOVERY ASSOC  UNSECURED           1117.95             .00             .00
CHECK RITE                UNSECURED         NOT FILED             .00             .00
FIRST CONSUMERS MASTER T  UNSECURED           2650.93             .00             .00
GLOBAL PAYMENTS           UNSECURED         NOT FILED             .00             .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED             .00             .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED             .00             .00
PREMIER CREDIT CARD PLAN  UNSECURED         NOT FILED             .00             .00
RMI/MCSI                  UNSECURED           2945.00             .00             .00
US DEPARTMENT OF EDUCATI  UNSECURED          34577.88             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED           1347.68             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED            495.12             .00             .00
DAIMLER CHRYSLER FINANCI  UNSECURED           2248.88             .00             .00
          Summary of disbursements:
----------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3800.00        .00      45383.44         .00      49183.44
PRINCIPAL PAID       1770.11        .00           .00         .00       1770.11
INTEREST PAID         484.12        .00           .00         .00        484.12
TOTAL PAID           2254.23        .00           .00         .00       2254.23
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   4095.00
and was paid $     166.00   direct and $    3181.26  through the plan.

The Trustee received $      264.51 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/17/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 06 B 09494 KITA L HARRIS
```